

# ADA COUNTY SHERIFF'S OFFICE

Matthew Clifford, Sheriff

May 2, 2024

Mr. Aaron Lee Phelps
700 N. Waverly Road, Apt. 124
Porter, IN 46304

### EE:  REQUEST FOR PUBLIC RECORDS – Incident #23-0269286

Dear Mr. Phelps:

We have received your request for information. Your request for records is being denied in accordance with Idaho Code §74-107(11), which allows for information that has been compiled and gathered in anticipation of or during litigation exempt from disclosure.

This response has been reviewed by our legal counsel. This response provides records held by the Ada County Sheriff and does not contain information held by other Ada County officials nor any other law enforcement agency. All record responses may be appealed by filing a petition in conformance with the provisions of the Idaho Code Title 74, Chapter 1. Your petition must be filed in the Fourth Judicial District Court of Idaho within one hundred and eighty (180) calendar days of the mailing of this notice. Any release of public records is not permission to allow you to republish or otherwise make use of the records in violation of state or federal trademark and/or copyright law. If you have any additional questions, please contact the Public Information Desk at (208) 577-3012.

Sincerely,

MATTHEW CLIFFORD
Ada County Sheriff

Brooke McMahon
Public Information

TD2/bm
PIR 241777

7200 Barrister Drive | Boise, Idaho 83704-9217 | TEL: 208.577.3000 | FAX: 208.577.3009
‒‒‒‒‒ www.adasheriff.org ‒‒‒‒‒



image000000015.jpg

5/30/24, 3:32 PM