** INBOUND NOTIFICATION : FAX RECEIVED WITH ERRORS **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| December 6, 2024 at 11:57:43 AM PST | 765 521 3745 | 1058 | 7 | Failed to receive |

ERROR CODE ( 700 )
Error in fax transmission.

Case 1:24-cv-00589-BLW    Document 3-5    Filed 12/06/24    Page 1 of 7

5/30/24, 3:32 PM                                                                                       image000000015.jpg



# ADA COUNTY SHERIFF'S OFFICE

## PUBLIC RECORDS REQUEST

PURSUANT TO IDAHO STATE CODE § 74-102(10) ALL REQUESTS MADE ARE SUBJECT TO A COPY AND/OR PROCESSING FEE WHICH MAY BE REQUIRED PRIOR TO PROCESSING OF RECORD(S).

Idaho law provides three (3) to ten (10) business days to respond to your request, depending on the specifics of availability and excluding US Mail time. Business days are Monday through Friday, 8 am to 5 pm excluding holidays. All requests received after a business day closes shall be deemed received the next business day. If research and processing time exceeds two hours, there will be a fee. Specific requests may help reduce research and processing time.

### Instructions

Fill out the form completely. Choose the type of record requested, then fill in the details. You must include the full name, address and phone number of the person making the request.

### REQUESTOR INFORMATION

| Prefix | First Name* | Middle Name* | Last Name* |
|---|---|---|---|
|  | Aaron | II | phelps |

**Name of Organization**
If applicable

**Address***
Street Address
8132 sunrise ave
Address Line 2

| City | State / Province / Region |
|---|---|
| Portage | In |

| Postal / Zip Code | Country |
|---|---|
| 49355 | United States |

**Phone Number***
(307)543-6003
(XXX)XXX-XXXX

**Email***
219phelps@gmail.com

### TYPE OF RECORD(S) REQUEST
(A fee may apply)

**DR Number**
if known

**Record Type***











On Tue, Sep 12, 2023, 12:52 AM Aaron Phelps
<219phelps@gmail.com> wrote:
I am lead to believe unidentified ada county sheriff's office officer #3 is Ada County Sheriff's Sergeant James Pickard

---------- Forwarded message ----------
From: **Aaron Phelps**
<219phelps@gmail.com>
Date: Mon, Sep 11, 2023, 6:49 PM
Subject: Fwd: Notice of claim against acso
To: <adacountyclerk@adacounty.id.gov>

---------- Forwarded message ----------
From: **Aaron Phelps**
<219phelps@gmail.com>
Date: Mon, Sep 11, 2023, 6:45 PM
Subject: Notice of claim against acso
To: <adacountyclerk@adacounty.id.gov>

Attached is a notice of intent to file lawsuit, and 2 page statement regarding a person ada county sheriff office denies being on scene, the facts of this are separate and different from facts presented in another tort. Short video of passerby on I-84 may become available and if so I will be sure to submit that as well. Thank you

5/30/24, 3:30 PM					image000006008.jpg

*Terry, 4th*

## Notice of claim By United States Citizen to Ada County, Political subdivision of The State of Idaho

In accordance to Idaho code 6-901 through 929

Idaho Code 6-902 and 6-906

Claimant:
Aaron L. Phelps
2651 2nd St S #6
Nampa, ID 83686
21ePhelps@Gmail.com
1(307)543-6003

Date: August 22nd, 2023
Location: Westbound I-84 @ or near milepost marker 65
Time: Approx 3:40

### Description of events